**Hannah WILLIAMS, Movant, v. COMMONWEALTH of Kentucky, Opposed.**

February 16, 1951.

Leebern Allen for movant.

A. E. Funk, Attorney General, and Wm. F. Simpson, Assistant Attorney General, opposed.

PER CURIAM.

Motion for an appeal from the Wolfe Circuit Court. Judgment of conviction for possessing intoxicating liquor for sale in dry territory and imposing sentence of $100 fine and 60 days in jail.

Appeal denied. Judgment affirmed.